JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN MARTINEZ, | Case No.  CV 18-311-GW(Ex) |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| OPTIO SOLUTIONS, LLC, | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: September 12, 2018

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE